IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| AVOCET VENTURES, LP; NET PAY ADVANCE, INC.; MODEL FINANCE CO.; KASHABLE LLC; CONSUMER LENDING ASSOCIATES, LLC; FREEWAY FUNDING, INC.; CREDITCORP; and APPALACHIAN LENDING CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION; ISABELLA CASILLAS GUZMAN, in her official capacity as Administrator of the Small Business Administration; JANET YELLEN, in her official capacity as United States Secretary of Treasury; and THE UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil Action No. 4:22-CV-01070-O |

**PLAINTIFFS' STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs respectfully notify this Court that they are dismissing Plaintiffs' claims without prejudice to refiling. Defendants do not oppose this request, as represented by their signature below. Defendants have agreed to not undertake any collection efforts on Plaintiffs' challenged Paycheck Protection Program loans until a decision is reached and all appeal rights lapse in *DACO Investments, LLC v.*

*SBA*, No.6:22-cv-01444 (W.D. La. May 27, 2022), an earlier-filed case involving similarly situated plaintiffs and substantially the same issues.  Should any Plaintiff in this case receive a collection notice while that litigation is pending, Defendants agree that Plaintiffs may disregard that collection notice, and Plaintiffs (or Plaintiffs' counsel) will notify Defendants (or Defendants' counsel) that they have received such collection notice.  The parties also agree that each party shall pay their own costs and attorneys' fees incurred in connection with this matter.

Date: August 11, 2023

                                      Respectfully submitted,

|  |  |
|---|---|
| MISHA TSEYTLIN* | /s/ Austin R. Nimocks |
| KEVIN M. LEROY* | AUSTIN R. NIMOCKS |
| EMILY A. O'BRIEN* | *Trial Counsel* |
| TROUTMAN PEPPER | Tex. Bar Number: 24002695 |
| HAMILTON SANDERS LLP | JOHN C. SULLIVAN |
| 227 W. Monroe Street, Ste. 3900 | Tex. Bar Number: 24083920 |
| Chicago, IL 60606 | S|L LAW PLLC |
| (608) 999-1240 | 610 Uptown Blvd, Ste. 2000 |
| (312) 759-1939 (fax) | Cedar Hill, TX 75104 |
| misha.tseytlin@troutman.com | (469) 523-1351 |
|  | austin.nimocks@the-sl-lawfirm.com |
| JEREMY T. ROSENBLUM* |  |
| TROUTMAN PEPPER |  |
| HAMILTON SANDERS LLP |  |
| 3000 Two Logan Square |  |
| Eighteenth and Arch Streets |  |
| Philadelphia, PA 19103 |  |
| (215) 981-4867 |  |
| jeremy.rosenblum@troutman.com |  |
|  | Counsel for Plaintiffs |
|  | *admitted pro hac vice |

3

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/Tami C. Parker*
Tami C. Parker
Assistant United States Attorney
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Texas Bar No. 24003946
Telephone: 817-252-5200
Facsimile: 817-252-5458
Email: tami.parker@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. 5(b)(2)(E), I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/Austin R. Nimocks*
Austin R. Nimocks
